Sarah G. WIMP et al., Petitioners

v.

COMMISSIONER OF INTERNAL REVENUE.

No. 17042.

United States Court of Appeals
Eighth Circuit.

Dec. 5, 1962.

Robert Nagel Jones, St. Louis, Mo., for petitioners.

Louis F. Oberdorfer, Lee A. Jackson, Washington, D. C., Crane C. Hauser, Chicago, Ill., and Glen E. Hardy, for respondent.

PER CURIAM.

Petition to review decisions of the Tax Court of the United States dismissed, on motion of petitioners.

Washington S. YOUNGBLOOD

v.

UNITED STATES of America.

No. 17250.

United States Court of Appeals
Eighth Circuit.

Jan. 16, 1963.

Washington S. Youngblood, pro se.

F. Russell Millin, U. S. Atty., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed on motion of appellee.